IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PROVINE HELICOPTER SERVICE, INC.**      **PLAINTIFF**

**V.**      **NO. 4:21-CV-139-DMB-JMV**

**ROLLS-ROYCE CORPORATION**      **DEFENDANT**

## ORDER

On March 15, 2022, Provine Helicopter Service, Inc., through an e-mail from its counsel to the Court, reported that its claims against Rolls-Royce Corporation were settled. Six and a half weeks later, the parties filed a joint motion "to dismiss this matter with prejudice, with the parties to bear their own costs, expenses and attorneys' fees." Doc. #29.

Based on the settlement, the joint motion to dismiss [29] is **GRANTED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 3rd day of May, 2022.

                                             /s/Debra M. Brown
                                             **UNITED STATES DISTRICT JUDGE**