## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**PROVINE HELICOPTER SERVICE, INC.**                                                   **PLAINTIFF**

**V.**                                             **NO. 4:21-CV-139-DMB-JMV**

**ROLLS-ROYCE CORPORATION**                                                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order issued this day, this case is **DISMISSED with prejudice** with each party to bear its own costs, expenses, and attorney's fees.

**SO ORDERED**, this 3rd day of May, 2022.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**